# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: CR-24-213-R

Charging Document: **Indictment**  No. of Defendants: 1  Total No. of Counts: 1  Sealed: Y ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐  Summons ☑  Notice ☐  N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: mh

| Name: **Mitchell Green** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1980  SSN: 8366 | Race: White  Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐  Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☑ Detention Requested   Complaint: Y ☐ N ☑
☐ Type of Bond: _____
☐ In Custody at: _____   Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender  Name: Al Hoch   AUSA: Brandon Hale
☐ CJA Panel        Address: _____   Agent/Agency: HSI
☑ Retained         Phone: (405) 590-9228   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(2) | Receipt and Distribution of Child Pornography | NLT 5 years and NMT 20 years imprisonment and/or $250,000 fine; NLT 5 years S/R or up to life; $100 S/A; $35,000 child porn S/A; $5,000 justice for victims of human trafficking S/A. |

**RECEIVED**
MAY 21 2024
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

**Signature of AUSA:** s/Brandon Hale   **Date:** 05/21/2024

1/22