# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | NOTICE of HEARING |
|---|---|
| vs. | |
| **Mitchell Green** | CASE NO. CR-24-213-R |
| NOT IN CUSTODY    *USMS #* | |

TYPE OF CASE:
☐ CIVIL  ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 101** |
| | DATE AND TIME: |
| | **May 31, 2024 at 3:00 p.m.** |
| TYPE OF PROCEEDING: | INTEPRETER |
| **Arraignment** | N/A |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

**AMANDA MAXFIELD GREEN**
U.S. MAGISTRATE JUDGE

**5/24/2024**
Date

**s/Ryan Beam**
(By) Deputy Clerk