# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No. CR-24-213-R |
| MITCHELL GREEN, ) | |
| Defendant. ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: July 8, 2024

_____
Defendant's signature

_____
Signature of defendant's attorney

Albert J. Hoch Jr.
Printed name of defendant's attorney

_____
Judge's signature