PS 10
(8/88)

# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

Docket No.

[1087 5:24CR00213]-[001]

**RECEIVED**
**AUG 0 7 2024**
**U.S. MARSHALS W/OK**

2464-0807-1075-B

U.S.A. vs. Mitchell Green

TO:[1] Any United States Marshal or any other authorized officer.

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT |
|---|
| Mitchell Green |

| SEX | AGE | RACE |
|---|---|---|
| Male | 43 | White |

ADDRESS (STREET, CITY, STATE)

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
United States District Court, Western District of Oklahoma
200 N.W. 4th Street, Oklahoma City OK, 73102

WARRANT ISSUED:
1:57 pm, AUG 7, 2024
JOAN KANE, CLERK
By_____Kira Murphey_____

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Joan Kane | Kira Murphey | 08/07/2024 |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 08/07/2024 | 08/08/2024 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS W/OK
Okla. City, OK 73102

| NAME | (BY) | DATE |
|---|---|---|
| D. Arreola - DUSM | C. Brun | 08/08/2024 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____ ;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."