CRIMINAL COURTROOM MINUTE SHEET
INITIAL APPEARANCE ON BOND VIOLATION

**DATE:** Aug 8, 2024
**CASE:** CR-24-213-R
**COURTROOM:** 101

**MAGISTRATE JUDGE** Amanda Maxfield Green
**COURTROOM DEPUTY** Ryan Beam

**UNITED STATES OF AMERICA vs.** Mitchell Green

Defendant States true and correct name as: Mitchell Todd Greeb
**AGE:** 43

**Government Cnsl:** Brandon Hale
**Defendant Cnsl:** Albert Hoch, Jr
**U.S. Probation Officer:** Candice Jones
Retained

- ☒ Defendant Appears, custody of U.S. Marshal with Counsel
- **Interpreter:**
- ☒ Defendant advised of his / her right of consular notification,
- ☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.
- ☒ Defendant informed that he / she is not required to make a statement and that any statement made by him / her may be used against them.
- ☒ Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- ☒ Defendant informed of Petition and of any affidavit filed therewith.

- ☐ Government recommends defendant be released on
- ☐ Government recommends defendant be detained based on
- ☐ Government
  - ☐ Upon motion of the Government and request for continuance by
  - ☐ Detention Hearing is set for
- ☐ Defendant waives right to Detention hearing. Waiver of Detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- ☒ Defendant informed of his / her right to a Bond Violation hearing.
  - ☒ Defendant waives right to a Bond Violation hearing. Written waiver entered.
- ☒ Defendant informed of his / her right to a Bond Revocation hearing.
  - ☐ Bond Revocation hearing waived. Written waiver entered.
  - ☒ Bond Revocation hearing set for Immediately following initial appearance.
  - ☐ Bond Revocation and Detention hearing set for

## The Court Orders:

- ☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- ☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of USM.
- ☐ Defendant released on previously posted bond with conditions per Release Order.
- ☐ Unsecured Bond set at with conditions per Release Order.
- ☐ Secured Bond set at with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- ☐ Defendant remanded to the custody of USM pending execution of bond.
- ☐ Defendant remanded to the custody of USM.

**Start Time:** 3:23
**End Time:** 3:28