# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA   )
   )
   )
vs.   )
   )
   )      **Case Number: CR-24-213-R**
   )
   )
**Mitchell Green** _____   )
**Defendant**   )
   )

## WAIVER OF BOND VIOLATION

I understand that I have been charged with violating the terms of pretrial release in a Petition for action on Conditions of Pretrial Release filed in this Court. A Magistrate Judge has informed me of my right to a bond revocation hearing under 18 U.S.C. § 3148(b). I hereby waive the bond violation aspect of that hearing freely and voluntarily with respect to the violation(s) the Pretrial Services Officer alleges in the petition.

_____
Defendant

_____
Attorney for Defendant

_8/8/2024_____
Date

SR-01-2016