**DATE:** Aug 8, 2024

# CRIMINAL COURTROOM MINUTE SHEET
# BOND REVOCATION HEARING

**CASE:** CR-24-213-R
**COURTROOM:** 101

**MAGISTRATE JUDGE AMANDA MAXFIELD GREEN**          **COURTROOM DEPUTY ANDREA CASTER**

**UNITED STATES OF AMERICA vs.** Mitchell Green

Defendant States true and correct name as: _____   **AGE:** ___

**Government Cnsl:** Brandon Hale          **Defendant Cnsl:** Albert Hoch, Jr

**U.S. Probation Officer:** Candice Jones                                    Retained

☒ Defendant Appears, custody of U.S. Marshal with Counsel          **Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Parties announce ready.

| WITNESSES FOR GOVERNMENT | WITNESSES FOR DEFENDANT |
|---|---|
| 1. USPO Candice Jones | 1. Cecil Eugene Green Jr. |
| 2. | 2. |
| 3. | 3. |

☒ Government introduces evidence with testimony of __1__ witness(es) and rests.
☒ Defendant introduces evidence with testimony of __1__ witness(es) and rests.
☐ Government ☐ Defendant rest(s) without introducing evidence.
☐ Government ☐ Defendant proffer(s) evidence and rests.
☒ Government ☒ Defendant make(s) closing statements.

☒ Court finds defendant has violated his/her Conditions of Release.
☐ Court finds defendant has not violated his/her Conditions of Release.
☐ Defendant waives Bond Violation hearing freely, voluntarily and intelligently.

## The Court Orders:

☒ Defendant detained. Order of Detention to be entered. Defendant remanded to the custody of USM.
☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of USM.
☐ Defendant released on previously posted bond with conditions per Release Order.
☐ Unsecured Bond set at _____ with conditions per Release Order.
☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
☐ Defendant remanded to the custody of USM pending execution of bond.
☐ Defendant remanded to the custody of USM.

**Start Time:** 3:28          **End Time:** 3:49